# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA ROSARIO,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:17-CV-03589 (VEB)<br><br>JUDGMENT |

    For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor and this matter is REMANDED for further proceedings consistent with the Decision and

Order; and (4) this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

DATED this 22nd day of May 2019,

<u>/s/Victor E. Bianchini</u><br>
VICTOR E. BIANCHINI<br>
UNITED STATES MAGISTRATE JUDGE