# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTRELLA ROSARIO**, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>**NANCY A. BERRYHILL**, Acting Commissioner, Social Security Administration,<br><br>        Defendant. | Case No.: 2:17-cv-03589-VEB<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT, ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,423.00 as authorized by 28 U.S.C. § 2412, and 28 USC 1920 be awarded subject to the terms of the Stipulation.

Dated: June 3, 2019

                                  **/s/Victor E. Bianchini**
                                  HONORABLE VICTOR E. BIANCHINI
                                  UNITED STATES MAGISTRATE JUDGE